IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10490
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

OBAHYKINA FULLER,
also known as Jamie,

                                        Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 7:95-CR-015-X
- - - - - - - - - - -
August 14, 1997

Before KING, HIGGINBOTHAM, and DUHÉ, Circuit Judges.

PER CURIAM:*

Obahykina Fuller appeals his conviction and sentence after

pleading guilty to aiding and abetting the possession of cocaine

base with intent to distribute within 1,000 feet of a playground.

Fuller contends that he was denied the effective assistance of

counsel at sentencing.  Because the record is not developed on

the merits of Fuller's ineffective-assistance-of-counsel

_____

   * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

allegations, we decline to address them.  See United States v. Navejar, 963 F.2d 732, 735 (5th Cir. 1992).

Fuller also contends that his sentence violated his constitutional equal protection and due process rights because the sentencing guidelines provide for a higher punishment for crack cocaine than for a like amount of powder cocaine.  Fuller's argument is foreclosed by existing precedent.  See United States v. Watson, 953 F.2d 895 (5th Cir. 1992).

AFFIRMED.